JS 45 (4/24) Electronic Version

## Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**

City: Cambria

County/Parrish: Columbia

**Related Case Information:**

Superseding _____ 26 Docket Number 060 WMC

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20 / R40 from District of _____

**Defendant information:**

Matter to be Sealed ___X___ Yes _____ No

Def. Name: Brett M. Berryman

Alias Name: _____

City/State: Cambria, WI

Year of Birth: 1989      Last 4 digits of SSN _____

Sex: Male      Race: White

U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

MAY 13 2026

FILED/REC'D
CLERK OF COURT

**U.S. Attorney Information:**

AUSA: KATHRYN E. GINSBERG      Bar #: _____

Interpreter: __X__ No _____ Yes      List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

_____ Already in Federal Custody as of: _____ in _____

_____ Already in State Custody

_____ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1 _____ Petty _____ Misdemeanor __X__ Felony

_____ Class A

_____ Class B

_____ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography | 1 |
| Set 2 | 18 U.S.C. § 2252(b)(2) | Possession of child pornography of a minor that had not attained 12 years of age | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

Date: May 13, 2026      Signature of AUSA /s/ Kathryn E. Ginsberg