## WARRANT OF ARREST SEALED

| **United States District Court** | DISTRICT WESTERN DISTRICT OF WISCONSIN |
|---|---|

| United States of America<br><br>v.<br><br>Brett M. Berryman<br><br>Defendant. | DOCKET NO. 26 CR 060 | MAGISTRATE JUDGE CASE NO. WMC |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>Brett M. Berryman<br>██████████<br>Cambria, WI 53923 | |

Warrant Issued on the Basis of:

X Indictment ☐ Order of Court ☐ Information ☐ Complaint

TO: Any Authorized Law Enforcement Officer.

| District of Arrest: | City: |
|---|---|

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Possession of child pornography; Possession of child pornography of a minor that had not attained 12 years of age.

IN VIOLATION OF TITLE:    18 U.S.C. Section(s) 2252(a)(4)(B) and 2252(b)(2)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: | Federal Judge/Magistrate Judge<br>Andrew R. Wiseman | Date Order: |
|---|---|---|
| Clerk of Court: | (By) Deputy Clerk<br>s/ N. Nelson, Deputy Clerk | Date Issued: 5/13/2026 |

### RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: |
|---|---|
| Name and Title of Arresting Officer: | Signature of Arresting Officer: |