UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       *Plaintiff,*

vs.

                                              Case No. 26-cr-60-wmc

BRETT M. BERRYMAN,

       *Defendant.*

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brett M. Berryman, the defendant in the above-captioned matter, is represented by:

> Alexander P. Vlisides
> Federal Defender Services of Wisconsin, Inc.
> 22 East Mifflin Street, Suite 1000
> Madison, Wisconsin 53703
> Telephone:   [608] 260-9900
> Facsimile:   [608] 260-9901

Dated at Madison, Wisconsin, this 15th day of June, 2026.

                                Respectfully submitted,
                                Brett M. Berryman, Defendant

                                */s/ Alexander P. Vlisides*
                                Alexander P. Vlisides

FEDERAL DEFENDER SERVICES
 OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Alex_vlisides@fd.org